UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SHIRLEY B. VOELKEL FICHTEL** | * | **CIVIL ACTION** |
| **WIFE OF/AND JOHN W. FICHTEL, JR.** | * | |
| | * | **NO. 06-7346** |
| **VERSUS** | * | |
| | * | **SECTION K** |
| **AUTO CLUB FAMILY INSURANCE** | * | |
| **COMPANY** | * | **MAG. 3** |

*****************************************

**FILED:** _____    _____
                                              **DEPUTY CLERK**

# ORDER

**IT IS ORDERED** that the above matter be and is hereby remanded to the 22nd Judicial District Court, Parish of St. Tammany, State of Louisiana.

New Orleans, Louisiana this 28th day of March, 2007.

_____
**J U D G E**